UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMEN HILL,

    Petitioner,

v.

                                          Case No. 21-cv-12370
                                          Hon. Matthew F. Leitman

JACK WELSH,

    Respondent.
_____/

## **JUDGMENT**

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus. In accordance with the Opinion and Order entered on November 8, 2021:

(1) The Petition for a Writ of Habeas Corpus is DENIED WITH PREJUDICE.

(2) A Certificate of Appealability is DENIED.

(3) Petitioner is granted leave to appeal *In Forma Pauperis*.

Dated at Flint, Michigan, this 8th day of November, 2021.

                                                        KINIKIA ESSIX
                                                        CLERK OF COURT

                                     By:    s/Holly A. Monda
                                                     Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge